1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Dana M. Reedy (State Bar No. 239970)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA  94612-3572
4  Email: jmwood@reedsmith.com
          cdavies@reedsmith.com
5         dreedy@reedsmith.com

6  **Mailing Address:**
   P.O. Box 2084
7  Oakland, CA  94604-2084

8  Telephone:    510.763.2000
   Facsimile:    510.273.8832
9
   Attorneys for Defendant
10 Eli Lilly and Company, a corporation

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13

14 ALBERTA JOHNSON,                          No.: C 06-1088 JSW

15                                           Before the Honorable Jeffrey S. White
                  Plaintiff,
                                             [PROPOSED] ORDER VACATING
16       vs.                                 AND/OR CONTINUING CASE
                                             MANAGEMENT CONFERENCE
17 ELI LILLY AND COMPANY,
                                             Conference Date:   October 6, 2006
18                Defendants.                Conference Time:   1:30 p.m.
                                             Location:          Courtroom 2, 17th Fl., SF
19
                                             October 5, 2006
20                                           9:30 a.m.

---

No.: C 06 1088 JSW                        – 1 –                        DOCSOAK-9847020.1-DREEDY
[Proposed] Order Continuing Case Management Conference

1   VACATES For the reasons set forth in the Joint Case Management Conference Statement, the Court

2   hereby ~~continues~~ the October 6, 2006, Case Management Conference ("CMC") to

3   _____, at _____, by which time this case will likely have been transferred to

4   the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. In

5   the event this case is not transferred to the MDL ~~far enough in advance of the new CMC date, the~~

6   ~~parties shall file a Joint CMC Statement at least 5 court days before the new CMC~~ date.

7   the parties shall file a joint request to have this matter put back on the Court's calendar.

10   IT IS SO ORDERED

12   DATED: September 26, 2006
    _____.

13   _____
    The Honorable Jeffrey S. White

REED SMITH LLP
A limited liability partnership formed in the State of Delaware